# Affidavit of Process Server

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
(NAME OF COURT)

ANTONIO BAUTISTA GARCIA vs BAD HORSE PIZZA, INC., et. AL.    14 CV 8858
PLAINTIFF/PETITIONER    DEFENDANT/RESPONDENT    CASE NUMBER

I, DAVID SCHAFFER, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served BAD HORSE PIZZA, INC.
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUMMONS + COMPLAINT

by leaving with OMAR GUZMAN     At
NAME     RELATIONSHIP

☐ Residence _____
    ADDRESS     CITY / STATE

☒ Business 2222 FREDERICK DOUGLASS BLVD. NEW YORK / NY
    ADDRESS     CITY / STATE

On 11/7/2014 AT 4:00 PM
    DATE     TIME

☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
    DATE

from _____
CITY    STATE    ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☒ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address    ☐ Moved, Left no Forwarding    ☐ Service Cancelled by Litigant    ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist    ☐ Other _____

**Service Attempts:** Service was attempted on: (1)_____ (2)_____
    DATE TIME    DATE TIME

(3)_____ (4)_____ (5)_____
DATE TIME    DATE TIME    DATE TIME

**Description:** Age 37 Sex M Race Hisp. Height 5'9" Weight ___ Hair SHORT Beard NONE Glasses NONE

_____
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 14 day of November, 2014, by David Schaffer, Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

[Notary seal: JACOB ARONAUT, NOTARY PUBLIC, STATE OF NEW YORK]

_____
SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of NY

FORM 2    NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS