Law Offices of Jacob Aronauer
225 Broadway, Suite 307
New York, New York 10007
Tel: (212) 323-6980
Fax: (212) 233-9238
jaronauer@aronauerlaw.com

December 5, 2014

**Via ECF**
The Honorable James C. Francis
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Re:   Antonio Garcia v. Bad Horse Pizza, Inc., *et al.*
      14-cv-08858 (WHP)

Your Honor:

I am counsel for the Plaintiff, Antonio Garcia, in the above-entitled action. I write this letter to request permission to submit an amended complaint. Defendants have not yet answered the original complaint. Annexed is a copy of the redlined version of the amended complaint and also the final version of the amended complaint.

Respectfully,

*/s Jacob Aronauer*
Jacob Aronauer

Attorneys for Plaintiffs