# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X
ANTONIO BAUTISTA GARCIA,

                               Plaintiff,

Index No.: 14-cv-08858

-against-

**PLAINTIFF'S FIRST
REQUEST FOR
ADMISSIONS**

BAD HORSE PIZZA, INC. and
JOHN KANDEL AND OMAR
GUZZMAN,

                               Defendants.
-----------------------------------------------------------------------------X

Plaintiff Antonio Garcia through his attorneys at The Law Offices of Jacob Aronauer, pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, that Defendants admit the truth of the matters set forth in this Request for Admissions (the "Request").

The following definitions and instructions shall apply to each and every part of this Request as if fully set forth therein:

## DEFINITIONS

1.    The terms "communication," "document," "identify," "plaintiff," "defendant," "person," "concerning," shall be defined as those terms are defined in Local Civil Rule 26.3(c).

2.    The term "electronically stored information" shall be defined as that term is defined in Rule 34 of the Federal Rules of Civil Procedure.

3.    The terms "all/each" and "and/or" shall be construed as set forth in Local Civil Rule 26.3(d).

4.    The use of the singular form of any word includes the use of the plural and vice versa.

5.    These definitions shall not be construed to narrow the scope of discovery permitted by the Federal Rules of Civil Procedure.

6.    Electronically stored information should be produced in electronic form which is both scanable and readable.

7.    The term "Plaintiff" or "Garcia" shall mean Plaintiff Antonio Bautista Garcia.

8.    The term "Bad Horse Pizza" shall mean Bad Horse Pizza, Inc.

9.    The term "Kandel" shall mean Defendant John Kandel.

10.   The term "Guzman" shall mean Defendant Omar Guzman.

11.   The term "Defendants" refer to any and all Defendants in this Action, individually and collectively, any predecessor or successor in interest, any officers, directors, employees, owners, corporate parents, subsidiaries, affiliates, divisions, attorneys, agents, representatives, beneficiaries, or any other person acting or purporting to act on behalf of any of them, located in any headquarters office, field office, home office, or other location.

12.   The term "Relevant Time Period" means the entire period covered by this Action, i.e., June 2011 through the present. All document requests below include, unless otherwise specified, any and all documents relevant to the requests at any and/or all times within the Relevant Time Period.

13.   The term "Action" refers to the matter Antonio Bautista Garcia v. Bad Horse Pizza, Inc. and John Kandel and Omar Guzman, individually., 14-cv-08858 (WHP).

## INSTRUCTIONS

1.    Each matter is admitted unless, within 30 days after service of this Request, Defendants serves a written answer or objection addressed to the matter, signed by Defendants or its attorney.

2.    If objection is made, the reasons therefor shall be stated. The answer shall specifically deny the matter or set forth in detail the reasons why Defendants cannot truthfully admit

2

or deny the matter. A denial shall fairly meet the substance or the requested admission, and when good faith requires that Defendants qualify an answer or deny only a part of the matter of which an admission is requested, it shall specify so much of it as is true and qualify or deny the remainder.

3. Defendants may not give lack of information or knowledge as a reason for failure to admit or deny unless it states that it has made reasonable inquiry and that information known or readily obtainable by it is insufficient to enable it to admit or deny.

4. If Defendants does not admit an item, it shall:

    a. Produce to Plaintiff all documents concerning the requested admission in its possession, custody or control;

    b. State, with particularity, the factual basis upon which its response is based; and

    c. Identify each and every person with knowledge of the requested admission.

5. These requests for admission are continuing. Defendants shall promptly supply by way of supplemental responses any and all additional information that may become known prior to any hearing in or trial of this action.

## REQUESTS FOR ADMISSIONS

1. Admit that Kandel has an ownership interest in Horse Pizza.

2. Admit that Guzman has an ownership interest in Horse Pizza.

3. Defendants admit that no other individuals have an ownership interest in Horse Pizza.

4. Admit that no other individuals, corporations, limited liability companies or business entities have an ownership interest in Horse Pizza

5. Admit that Plaintiff began employment at Horse Pizza in June 2011.

6. Admit that Plaintiff was initially hired as a deliveryman by Horse Pizza.

3

7.      Admit that Plaintiff worked a delivery as a deliveryman from June 2011 through June 2012.

8.      Admit that as a delivery man, Plaintiff's job duties included prep work in the kitchen.

9.      Admit that from June 2011 through June 2012, Defendants paid Plaintiff in cash.

10.     Admit that from June 2011 through June 2012, Plaintiff was regularly assigned to work more than 40 hours each week.

11.     Admit that from June 2011 through June 2012, Defendant paid $350 each week in cash.

12.     Admit that when Plaintiff worked for Horse Pizza, from June 2011 through June 2012, Defendants did not ask Plaintiff to use a time clock or require Plaintiff to use any other time track keeping method.

13.     Admit that beginning on or around June 2012 Plaintiff received a change in job duties and no longer worked as a deliveryman.

14.     Admit that in June 2012, Plaintiff worked primarily in the Restaurant's kitchen.

15.     Admit that Defendants have no records in their possession as to the schedule assigned to Plaintiff in 2011.

16.     Admit that Defendants have no records in their possession as to the schedule assigned to Plaintiff in 2012.

17.     Admit that Defendants have no records in their possession as to the schedule assigned to Plaintiff in 2013.

18.     Admit that Defendants have no records in their possession as to the schedule assigned to Plaintiff 4.

19.     Admit that Defendants have no records in their possession as to the hours worked by Plaintiff in 2011.

4

20. Admit that defendants have no records in their possession as to the hours worked by Plaintiff in 2012.

21. Admit that defendants have no records in their possession as to the hours worked by Plaintiff in 2013.

22. Admit that defendants have no records in their possession as to the hours worked by Plaintiff in 2014.

23. Admit that from June 2012 through December 31, 2012, Defendants assigned Plaintiff a schedule.

24. Admit that in 2013, Defendants assigned Plaintiff a work schedule.

25. Admit that in 2014, Defendants assigned Plaintiff a work schedule.

26. Admit from June 2012 through December 31, 2012, Defendants paid Plaintiff $750 in cash each week.

27. Admit that from June 2012 through December 31, 2012, Defendants paid Plaintiff in cash.

28. Admit that in 2013, Defendants paid Plaintiff $750 in cash each week.

29. Admit that in 2013, Defendants paid Plaintiff in cash.

30. Admit from January 2014 through October 2014, Defendants began paying part of Plaintiff's salary by check.

31. Admit that from January 2014 through October 2014, Defendants paid part of Plaintiff's salary in cash.

32. Admit that from January 2014 through October 2013, Defendants paid Plaintiff $350 each week that he worked in cash.

33. Admit that from January 2014 through October 2014, Plaintiff was paid in cash by Defendants for all overtime worked performed.

5

34.    Admit that throughout Plaintiff's employment at Bad Horse Pizza, Plaintiff never received any documentation from Defendants setting forth how many overtime hours he worked.

35.    Admit that throughout Plaintiff's employment at Horse Pizza, Plaintiff never received any documentation setting forth his overtime rate of pay.

36.    Admit that Defendant Kandel never sent a SMS text message pertaining to this lawsuit.

37.    Admit that Defendant Guzman never sent a SMS text message pertaining to this lawsuit.

38.    Admit that Defendant Kandel never sent an e-mail pertaining to this lawsuit.

39.    Admit that Defendant Guzman never sent an e-mail pertaining to this lawsuit.

40.    Admit that on or about January 14, 2015 Kandel sent Plaintiff his W-2 and a copy of the front and back of the envelope that contained Plaintiff's W-2 is annexed herein as Exhibit A.

41.    Admit that on January 16, 2015 Kandel contacted Plaintiff's counsel by telephone.

42.    Admit that on January 16, 2015 Kandel sent The Law Offices of Jacob Aronauer a fascmile, a copy of which is annexed herein as Exhibit B.

43.    Admit that for the pay date January 17, 2014, Plaintiff received an earnings statement for the pay period from December 30, 2014 through January 12, 2014, a copy of which is annexed herein as Exhibit C.

44.    Admit that for the pay date January 31, 2014, Plaintiff received an earnings statement for the pay period from January 13, 2014 through January 26, 2014, a copy of which is annexed herein as Exhibit D.

45.    Admit that for the pay date February 14, 2014, Plaintiff received an earnings statement for the pay period from January 27, 2014 through February 9, 2014, a copy of which is annexed herein as Exhibit E.

6

46.     Admit that for the pay date February 28, 2014, Plaintiff received an earnings statement for the pay period from February 10, 2014 through February 23, 2014, a copy of which is annexed herein as Exhibit F.

47.     Admit that for the pay date March 14, 2014, Plaintiff received an earnings statement for the pay period from February 24, 2014 through March 9, 2014, a copy of which is annexed herein as Exhibit G.

48.     Admit that for the pay date March 28, 2014 Plaintiff received an earnings statement for the pay period from March 10, 2014 through March 23, 2014, a copy of which is annexed herein as Exhibit H.

49.     Admit that for the pay date April 11, 2014, Plaintiff received an earnings statement for the pay period from March 24, 2014 through April 6, 2014, a copy of which is annexed herein as Exhibit I.

50.     Admit that for the pay date April 25, 2014, Plaintiff received an earnings statement for the pay period from April 7, 2014 through April 20, 2014, a copy of which is annexed herein as Exhibit J.

51.     Admit that for the pay date May 9, 2014, Plaintiff received an earnings statement for the pay period from April 21, 2014 through May 4, 2014, a copy of which is annexed herein as Exhibit K.

52.     Admit that for the pay date May 23, 2014, Plaintiff received an earnings statement for the pay period from May 5, 2014 through May 18, 2014, a copy of which is annexed herein as Exhibit L.

53.     Admit that for the pay date June 6, 2014, Plaintiff received an earnings statement for the pay period from May 19, 2014 through June 1, 2014, a copy of which is annexed herein as Exhibit M.

7

54.     Admit that for the pay date June 20, 2014, Plaintiff received an earnings statement for the pay period from June 2, 2014 through June 15, 2014, a copy of which is annexed herein as Exhibit N.

55.     Admit that for the pay date July 3, 2014, Plaintiff received an earnings statement for the pay period from June 16, 2014 through June 29, 2014, a copy of which is annexed herein as Exhibit O.

56.     Admit that for the pay date July 18, 2014, Plaintiff received an earnings statement for the pay period from June 30, 2014 through July 13, 2014, a copy of which is annexed herein as Exhibit P.

57.     Admit that for the pay date August 1, 2014, Plaintiff received an earnings statement for the pay period from July 14, 2014 through July 27, 2014, a copy of which is annexed herein as Exhibit Q.

58.     Admit that for the pay date August 15, 2014, Plaintiff received an earnings statement for the pay period from July 28, 2014 through August 10, 2014, a copy of which is annexed herein as Exhibit R.

59.     Admit that for the pay date August 29, 2014, Plaintiff received an earnings statement for the pay period from August 11, 2014 through August 24, 2014, a copy of which is annexed herein as Exhibit S.

60.     Admit that for the pay date September 12, 2014, Plaintiff received an earnings statement for the pay period from August 25, 2014 through September 7, 2014, a copy of which is annexed herein as Exhibit T.

61.     Admit that for the pay date September 26, 2014, Plaintiff received an earnings statement for the pay period from September 08, 2014 through September 21, 2014, a copy of which is annexed herein as Exhibit U

8

Dated:  March 30, 2015
        New York, New York

                              **THE LAW OFFICES OF JACOB ARONAUER**

                              By: */s Jacob Aronauer*_____
                                  Jacob Aronauer
                                  225 Broadway, Suite 307
                                  New York, NY 10007
                                  Telephone: (212) 323-6980
                                  Facsimile:  (212) 233-9238

                                  *Attorneys for Plaintiff*

# Exhibit A

BHPicca
2220 8ʳᵈ
NYC 10026

NEW YORK NY 100
14 JAN 2015   P.M  5 L

Antonio Garcia
1101 Madison Stre
Brooklyn NY 1122

11221491299



Victoria, What you are doing is the wrong thing. It is not right. Please... from in your head that all. So... you don't... ?? Some money from me, then ... this not deserved or earned ... in a sense you are stealing from ... that's horrible. Please reconsider. Jake

Exhibit B

Jacob Aranouer

From John Kandel, Bad Horse Pizza

You should know that what you are doing hurts people; me in this
example. I do not make a lot of money, as I run a small shop; Antonio
was making more than i do most of the time he worked here.  Your
client, Antonio is a liar, which I pray will all soon be revealed. You make
me sound very bad in your complaint, and it hurts me. I just wanted
you to know this. I treat my staff very very well here, as Antonio would
attest to had he not been fired (and Oh had I been close to firing him on
several occasions before finally actually having the courage to do it;
which in hindsight I wish I had in early 2012) from a job that paid him
close to $50,000 (for making pizzas I remind you) which he will probably
never earn again (at least working in one place: I guess he could, at
minimum wage, in three different establishments/locations) or be
treated so well, for the most part.

By you doing this complaint to extort, yes, that is what it feels like (or
stealing, as well) money from me takes away from people who are
TRULY treated unfairly at their workplace. and maybe one day after all
the frivolous lawsuits, like this one, for revenge and money, people who
really do make only $5 an hour, for long hours, in horrible conditions
won't be able to have a deserved day in court.

You need to rethink what your role in the world is, and definitely how
you proceed with the cases wherein revenge/easy money , and not
"just" compensation, are the sole and obvious motivators.

I am sure you were bar mitzvah'd, as was I, and this is not what being a
man is about.

See you soon, unfortunately.

John Kandel

ps: Don't take the "L" out of the FLSA. Money is hard to get, not easy.

# Exhibit C



Company Code    Number
RF / OWR 20317635   9049
Bad Horse Pizza Inc
2224 Frederick Douglas Blvd
New York, NY 10026

Page
1 of 1

**Earnings Statement**

Period Starting:    12/30/2013
Period Ending:      01/12/2014
Pay Date:           01/17/2014

Business Phone:     917-605-9350

Taxable Marital Status:    Single
Exemptions/Allowances:          Tax Override:
Federal:   1                    Federal:
State:     1                    State:
Local:     0                    Local:
Social Security Number:    XXX-XX-XXXX

**Antonio Bautista**
**1101 Madison Street**
**Brooklyn, NY 11221**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.6900 | 40.00 | 507.60 | 507.60 |
| | | | **$507.60** | $507.60 |
| Gross Pay | | | **$507.60** | |

| Statutory Deductions | | this period | year to date |
|---|---|---|---|
| Federal Income | | -26.91 | 26.91 |
| Social Security | | -31.47 | 31.47 |
| Medicare | | -7.36 | 7.36 |
| New York State Income | | -7.61 | 7.61 |

| Voluntary Deductions | | this period | year to date |
|---|---|---|---|
| New York Voluntary Disability | | -1.20 | 1.20 |

| Net Pay | | **$433.05** | |

Important Notes
Blanks HIII

Your federal taxable wages this period are $507.60

||||

# Exhibit D

Company Code  Number
RF / 0WR 2C317635  9055
Bad Horse Pizza Inc.
2224 Frederick Douglas Blvd
New York, NY 10026

**Earnings Statement**

Period Starting:  01/13/2014
Period Ending:  01/26/2014
Pay Date:  01/31/2014

Business Phone:  917 605 9350

Taxable Marital Status:  Single
Exemptions/Allowances:
Federal:  1  Tax Override:
State:  1  Federal:
Local:  0  State:
Social Security Number:  XXX-XX-XXXX  Local:

**Antonio Bautista**
**1101 Madison Street**
**Brooklyn, NY 11221**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.6900 | 80.00 | 1015.20 | 3127.80 |
| **Gross Pay** | | | **$1,015.20** | **$3,522.80** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -99.06 | 375.97 |
| Social Security | -62.94 | 94.41 |
| Medicare | -14.72 | 22.06 |
| New York State Income | -32.89 | 40.50 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 2.40 |

| **Net Pay** | **$804.39** | |

**Important Notes**

Notes fee

Your federal taxable wages this period are  $1,015.20

Exhibit E

Company Code   Number
RF / OWR 20317635   9061
Bad Horse Pizza Inc.
2224 Frederick Douglas Blvd
New York, NY 10026

Page
1 of 1

**Earnings Statement**

Period Starting:   01/27/2014
Period Ending:   02/09/2014
Pay Date:   02/14/2014

Business Phone:   917-525-9050

**Antonio Bautista**
**1101 Madison Street**
**Brooklyn, NY 11221**

Taxable Marital Status:   Single
Exemptions/Allowances:       Tax Override:
Federal:   1       Federal:
State:   1       State:
Local:   0       Local:
Social Security Number:   XXX-XX-XXXX

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.6900 | 80.00 | 1015.20 | 2538.00 |
| Gross Pay | | | **$1,015.20** | $2,538.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -49.06 | 225.03 |
| Social Security | -62.95 | 157.36 |
| Medicare | -14.72 | 36.80 |
| New York State Income | -32.89 | 73.39 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.70 | 3.60 |

| Net Pay | **$804.38** |
|---|---|

**Important Notes**
Banks TEA \$18
trabajo!!!
Mes dos tres

Your federal taxable wages this period are $1,015.20

# Exhibit F

**ADP**

Company Code RF7 OWR 20317855
Number 9067
Bad Horse Pizza Inc
2224 Frederick Douglas Blvd
New York, NY 10026

Page
1 of 1

# Earnings Statement

Period Starting: 02/10/2014
Period Ending: 02/23/2014
Pay Date: 02/28/2014

Business Phone: 917-605-9350

Taxable Marital Status: Single
Exemptions/Allowances:     Tax Override:
Federal: 1       Federal:
State: 1         State:
Local: 0         Local:
Social Security Number: XXX-XX-XXXX

**Antonio Bautista**
1101 Madison Street
Brooklyn, NY 11221

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.6900 | 72.00 | 913.68 | 3451.68 |
| Gross Pay | | | **$913.68** | $3,451.68 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -83.83 | 308.86 |
| Social Security | -56.64 | 214.00 |
| Medicare | -13.25 | 50.05 |
| New York State Income | -26.90 | 100.29 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 4.80 |

| Net Pay | $731.86 |
|---|---|

**Important Notes**

thanks tes

Your federal taxable wages this period are $913.68

Exhibit G

Company Code   Number
RF / OWR 20317635   9074
Bad Horse Pizza Inc
2224 Frederick Douglas Blvd
New York, NY 10026

Page
1 of 1

**ADP**

# Earnings Statement

Period Starting:   02/24/2014
Period Ending:   03/09/2014
Pay Date   03/14/2014

Business Phone   917-605-0350

Taxable Marital Status:   Single
Exemptions/Allowances:   Tax Override:
Federal:   1   Federal:
State:   1   State:
Local:   0   Local:
Social Security Number:   XXX-XX-XXXX

**Antonio Bautista**
**1101 Madison Street**
**Brooklyn, NY 11221**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.6900 | 80.00 | 1015.20 | 4466.88 |
| Gross Pay | | | **$1,015.20** | $4,466.88 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -99.06 | 407.92 |
| Social Security | -62.55 | 276.95 |
| Medicare | -14.77 | 64.77 |
| New York State Income | -32.89 | 133.18 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 6.00 |

| Net Pay | | |
|---|---|---|
| | $804.38 | |

**Important Notes**
Inside fee

Your federal taxable wages this period are $1,015.20

Exhibit H

Company Code   Number   Page
RF / OWR 2037635  9081   1 of 1
Bad Horse Pizza Inc
2224 Frederick Douglas Blvd
New York, NY 10026

**Earnings Statement**

Period Starting:   03/16/2014
Period Ending:   03/23/2014
Pay Date:   03/28/2014

Business Phone:   917-405-9350

**Antonio Bautista**
**1101 Madison Street**
**Brooklyn, NY 11221**

Taxable Marital Status:   Single
Exemptions/Allowances:   Tax Override:
Federal:   1   Federal:
State:   1   State:
Local:   0   Local:
Social Security Number:   XXX-XX-XXXX

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.6900 | 80.00 | 1015.20 | 5,482.08 |
| Gross Pay | | | **$1,015.20** | $5,482.08 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -99.06 | 506.98 |
| Social Security | -62.94 | 339.89 |
| Medicare | -14.72 | 79.42 |
| New York State Income | -32.89 | 166.07 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 7.20 |

| Net Pay | **$804.39** |
|---|---|

**Important Notes**
thanks Rob.

Your federal taxable wages this period are $1,015.20

# Exhibit I

**ADP**

## Earnings Statement

Company Code  Number
RF / OWR 20317635  9087
Bad Horse Pizza Inc
2224 Frederick Douglas Blvd
New York, NY 10026

Page
1 of 1

Period Starting:  03/24/2014
Period Ending:  04/06/2014
Pay Date:  04/11/2014

Business Phone:  917-605-9050

Antonio Bautista
1101 Madison Street
Brooklyn, NY 11221

Taxable Marital Status:  Single
Exemptions/Allowances:  Tax Override:
Federal:  1  Federal:
State:  1  State:
Local:  0  Local:
Social Security Number:  XXX-XX-XXXX

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 12.6900 | 73.00 | 926.37 | 6408.45 |
| Gross Pay | | | **$926.37** | $6,408.45 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -85.73 | 592.71 |
| Social Security | -57.43 | 397.32 |
| Medicare | -13.43 | 92.92 |
| New York State Income | -27.65 | 193.77 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | 1.20 | 8.40 |

| | this period |
|---|---|
| **Net Pay** | **$740.93** |

Important Notes
thanks fas

Your federal taxable wages this period are $919.37

||| ||

Exhibit J

Company Code    Number
RF / OWR 20317635   9093
Bad Horse Pizza Inc.
2224 Frederick Douglas Blvd
New York, NY 10026

Page
1 of 1

**Earnings Statement**

Period Starting     04/07/2014
Period Ending      04/20/2014
Pay Date           04/25/2014

Business Phone:    917-605-9350

Taxable Marital Status:     Single
Exemptions/Allowances:      Tax Override:
  Federal:    1             Federal:
  State:                    State:
  Local:      0             Local:
Social Security Number:     XXX-XX-XXXX

**Antonio Bautista
1101 Madison Street
Brooklyn, NY 11221**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 14.0000 | 80.00 | 1120.00 | 7528.45 |
| **Gross Pay** | | | **$1,120.00** | $7,528.45 |

| | this period | year to date |
|---|---|---|
| **Statutory Deductions** | | |
| Federal Income | -114.78 | 707.49 |
| Social Security | -69.44 | 466.76 |
| Medicare | -16.24 | 109.16 |
| New York State Income | -39.09 | 232.631 |
| **Voluntary Deductions** | this period | year to date |
| New York voluntary disability | 1.20 | 9.60 |
| **Net Pay** | **$879.25** | |

**Important Notes**
thanks lisa

Your federal taxable wages this period are  $1,170.00

Exhibit K

Company Code   Number   Page
RF / OWR 20317635   9098   1 of 1
Bad Horse Pizza Inc
2224 Frederick Douglas Blvd
New York, NY 10026

**Earnings Statement**

Period Starting:   04/21/2014
Period Ending:   05/04/2014
Pay Date:   05/09/2014

Business Phone:   917-605-9350

Taxable Marital Status:   Single
Exemptions/Allowances:   Tax Override:
Federal:   1   Federal:
State:   1   State:
Local:   0   Local:
Social Security Number:   XXX-XX-XXXX

Antonio Bautista
1101 Madison Street
Brooklyn, NY 11221

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 14.0000 | 80.00 | 1120.00 | 8486.45 |
| Gross Pay | | | $1,120.00 | 18,648.45 |

| | this period | year to date |
|---|---|---|
| Statutory Deductions | | |
| Federal Income | -111.78 | 872.27 |
| Social Security | -69.44 | 546.20 |
| Medicare | -16.24 | 125.40 |
| New York State Income | -29.09 | 771.59 |
| Voluntary Deductions | this period | year to date |
| New York voluntary disability | -1.20 | 10.80 |
| Net Pay | | $879.25 |

**Important Notes**
thanks Rex

You federal taxable wages this period are  $1,120.00

TEAR HERE

Exhibit L

Company Code   Loc/Dept   Number   Page
RF/ OWR 20317635   017   9104   1 of 1
Bad Horse Pro, a Inc
2224 Frederick Douglas Blvd
New York, NY 10026

**Earnings Statement**

Period Starting:   05/05/2014
Period Ending:   05/18/2014
Pay Date:   05/23/2014

Business Phone:   917-805-9350

Taxable Marital Status:   Single
Exemptions/Allowances:
Federal:   1   Tax Override
State:   1   Federal:
Local:   0   State:
Social Security Number:   XXX-XX-XXXX   Local:

Antonio Bautista
1101 Madison Street
Brooklyn, NY 11221

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 14.0000 | 80.00 | 1120.00 | 9768.45 |
| Gross Pay | | | **$1,120.00** | $9,768.45 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -114.78 | 937.05 |
| Social Security | -69.44 | 605.64 |
| Medicare | -16.24 | 141.64 |
| New York State Income | -39.09 | 330.99 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 12.00 |

| Net Pay | **$879.25** | |

Important Notes
thanks tea

Your federal taxable wages this period are $1,120.00

Exhibit M

**Company Code** RF / OWR 20317635
**Loc/Dept** 0Ti
**Number** 9108
**Page** 1 of 1

East Horse Pizza Inc.
2024 Frederick Douglas Blvd
New York, NY 10026

Taxable Marital Status: Single
Exemptions/Allowances:
Federal 1
State: 1
Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
Federal:
State:
Local:

# Earnings Statement

Period Starting: 05/19/2014
Period Ending: 06/01/2014
Pay Date: 06/06/2014

Business Phone: 917-605-9350

**Antonio Bautista**
**1101 Madison Street**
**Brooklyn, NY 11221**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 14.0000 | 80.00 | 1120.00 | 10888.45 |
| **Gross Pay** | | | **$1,120.00** | $10,888.45 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -114.78 | 1051.83 |
| Social Security | -69.44 | 675.08 |
| Medicare | -16.24 | 157.38 |
| New York State Income | -39.09 | 340.06 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 13.20 |

| Net Pay | $879.25 |
|---|---|

Important Notes
thanks Tita

Your federal taxable wages this period are $1,120.00

Exhibit N

**Company Code** RF./OWR 20317635
**Loc/Dept** 01/
**Number** 9113
**Page** 1 of 1

Bad Horse Pizza Inc
2224 Frederick Douglas Blvd
New York, NY 10026

**Earnings Statement**

Period Starting:  06/02/2014
Period Ending:  06/15/2014
Pay Date:  06/20/2014

Business Phone:  917-605-9350

Taxable Marital Status:  Single
Exemptions/Allowances:
Federal:  1
State:  1
Local:  0
Social Security Number:  XXX-XX-XXXX

Tax Override:
Federal:
State:
Local:

**Antonio Bautista**
**1101 Madison Street**
**Brooklyn, NY 11221**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 14.0000 | 80.00 | 1120.00 | 12006.45 |
| Gross Pay | | | $1,120.00 | $12,006.45 |

| Statuory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -114.78 | 1156.61 |
| Social Security | -69.44 | 744.52 |
| Medicare | -16.24 | 174.1 |
| New York State Income | -39.09 | 389.17 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 14.40 |

| Net Pay | | $879.25 |

**Important Notes**
Thank You

Your federal taxable wages this period are $1,120.00

Exhibit O

**ADP**

Company Code   Loc/Dept   Number   Page
RF / OWR 20317635   01/   9118   1 of 1
Bad Horse Pizza Inc
2224 Frederick Douglas Blvd
New York, NY 10026

# Earnings Statement

Period Starting:   05/16/2014
Period Ending:   06/29/2014
Pay Date   07/03/2014

Business Phone:   917-605-9350

Taxable Marital Status:   Single
Exemptions/Allowances:       Tax Override:
  Federal:   1   Federal:
  State:   1   State:
  Local:   0   Local:
Social Security Number:   XXX-XX-XXXX

**Antonio Bautista**
**1101 Madison Street**
**Brooklyn, NY 11221**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 14.0000 | 80.00 | 1120.00 | 13128.45 |
| Gross Pay | | | $1,120.00 | $11,128.45 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 114.78 | 1281.39 |
| Social Security | -69.44 | 813.96 |
| Medicare | -16.24 | 190.36 |
| New York State Income | -39.09 | 426.26 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.70 | 15.60 |

| Net Pay | $879.25 |
|---|---|

Important Notes
thanks tea

Your federal taxable wages this period are $1,120.00

||| ||

Exhibit P

Company Code
RF / OWR 20317635
Bad Horse Pizza Inc
2224 Frederick Douglas Blvd
New York, NY 10026

Loc/Dept 01:

Number  Page
9123    1 of 1

# Earnings Statement

Period Starting:   06/30/2014
Period Ending:     07/13/2014
Pay Date:          07/18/2014

Business Phone:    917-606-0050

Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal:    1          Tax Override:
  State:      1            Federal:
  Local:      0            State:
  Social Security Number   Local:
  XXX-XX-XXXX

Antonio Bautista
1101 Madison Street
Brooklyn, NY 11221

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 14.0000 | 80.00 | 1120.00 | 24248.45 |
| Gross Pay | | | $1,120.00 | $14,248.45 |

**Important Notes**
thanks NJ

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -114.78 | 1396.17 |
| Social Security | -69.44 | 883.40 |
| Medicare | -16.24 | 206.60 |
| New York State Income | -35.50 | 467.22 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 16.80 |

| Net Pay | $879.25 |
|---|---|

Your federal taxable wages this period are $1,120.00

Exhibit Q

ADP

**Earnings Statement**

Company Code: RF / OVR 20317635
LocDept: 01
Number: 9126
Page: 1 of 1

Bad Horse Pizza Inc
2224 Frederick Douglas Blvd
New York, NY 10026

Period Starting: 07/14/2014
Period Ending: 07/27/2014
Pay Date: 08/01/2014

Business Phone: 917-605-9050

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1
State: 1
Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
Federal:
State:
Local:

**Antonio Bautista**
1101 Madison Street
Brooklyn, NY 11221

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 14.0000 | 80.00 | 1120.00 | 15368.45 |
| Gross Pay | | | $1,120.00 | $15,368.45 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -114.78 | 1516.95 |
| Social Security | -69.44 | 952.84 |
| Medicare | -16.23 | 222.87 |
| New York State Income | -39.09 | 506.44 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 18.00 |

| Net Pay | $879.25 |
|---|---|

Important Notes
itionics fee

Your federal taxable wages this period are $1,120.00

# Exhibit R



**Earnings Statement**

Company Code RF/OWR 20317635 01/   Loc/Dept 01/   Number 9134   Page 1 of 1

Bad Horse Pizza Inc
2224 Frederick Douglas Blvd
New York, NY 10026

Period Starting: 07/28/2014
Period Ending: 08/10/2014
Pay Date: 08/15/2014

Business Phone: 917-825-9350

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1    Tax Override:
  State: 1      Federal:
  Local: 0      State:
Social Security Number: XXX-XX-XXXX   Local:

**Antonio Bautista**
1101 Madison Street
Brooklyn, NY 11221

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 14.0000 | 80.00 | 1120.00 | 16488.45 |
| Gross Pay | | | $1,120.00 | $16,488.45 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -114.78 | 1625.73 |
| Social Security | -69.44 | 1022.28 |
| Medicare | -16.24 | 239.12 |
| New York State Income | -39.09 | 545.53 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -1.20 | 19.20 |

| Net Pay | $879.25 |
|---|---|

Important Notes
Thanks Rico

Your federal taxable wages this period are $1,120.00

111

Exhibit S



# Earnings Statement

Company Code   Loc/Dept   Number   Page
RF/OWR 20317635   01/   9139   1 of 1
Bed Horse Pizza Inc
2224 Frederick Douglas Blvd
New York, NY 10026

Period Starting:   08/11/2014
Period Ending:   08/24/2014
Pay Date:   08/29/2014

Business Phone:   917-605-9390

Antonio Bautista
1101 Madison Street
Brooklyn, NY 11221

Taxable Marital Status:   Single
Exemptions/Allowances:   Tax Override:
Federal:   1   Federal:
State:   1   State:
Local:   0   Local:
Social Security Number:   XXX-XX-XXXX

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 14.0000 | 80.00 | 1120.00 | 17,008.45 |
| Gross Pay | | | $1,120.00 | $17,608.45 |

| | this period | year to date |
|---|---|---|
| Statutory Deductions | | |
| Federal Income | -114.78 | 1740.51 |
| Social Security | -69.44 | 1091.72 |
| Medicare | -16.24 | 255.32 |
| New York State Income | -39.00 | 584.62 |
| Voluntary Deductions | this period | year to date |
| New York voluntary disability | -1.20 | 20.40 |
| Net Pay | $879.25 | |

Important Notes
thanks too

Your federal ta ble wages this period are $1,120.00

TEAR HERE

Exhibit T

Company Code  Loc/Dept  Number  Page
RF / OWR 20317635  01/  9145  1 of 1
Bald Horse Pizza Inc
2224 Frederick Douglas Blvd
New York, NY 10026

# Earnings Statement

Period Starting:   08/25/2014
Period Ending:     09/07/2014
Pay Date:          09/12/2014

Business Phone:    917-805-9350

**Antonio Bautista**
**1101 Madison Street**
**Brooklyn, NY 11221**

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:   1        Tax Override:
  State:     1          Federal:
  Local:     0          State:
Social Security Number  Local:
XXX-XX-XXXX

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 80.00 | 1385.00 |

Important Notes
thank you

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 14.0000 | 80.00 | 1120.00 | 16728.45 |
| **Gross Pay** | | | **$1,120.00** | **$18,728.45** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -114.73 | 1677.29 |
| Social Security | -69.44 | 1161.16 |
| Medicare | -16.24 | 271.49 |
| New York State Income | -39.09 | 623.71 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York Voluntary Disability | -1.20 | 31.60 |

| | this period |
|---|---|
| **Net Pay** | **$879.25** |

Your federal taxable wages this period are $1,120.00

# Exhibit U

# Earnings Statement

Company Code     Loc/Dept     Number     Page
RF / OWR 20317635   01:         9150      1 of 1
Bad Horse Pizza Inc
2224 Frederick Douglas Blvd
New York, NY 10026

Period Starting:   09/06/2014
Period Ending:     09/21/2014
Pay Date:          09/26/2014

Business Phone     917-605-9350

Antonio Bautista
1101 Madison Street
Brooklyn, NY 11221

Taxable Marital Status:    Single
Exemptions/Allowances:     Tax Override
Federal:     1              Federal:
State:       1              State:
Local:       0              Local:
Social Security Number:    XXX-XX-XXXX

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 14.0000 | 80.00 | 1120.00 | 2,048.45 |
| **Gross Pay** | | | **$1,120.00** | **$11,648.45** |

| | this period | year to date |
|---|---|---|
| Statutory Deductions | | |
| Federal Income | -114.78 | 1070.07 |
| Social Security | -69.44 | 1209.68 |
| Medicare | -16.24 | 222.90 |
| New York Income | -19.09 | 663.98 |
| Voluntary Deductions | this period | year to date |
| New York voluntary disability | -1.20 | 22.80 |
| **Net Pay** | **$879.25** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| local hours Worked | 80.00 | 160.00 |

Important Notes
Bad Horse

Your federal taxable wages this period are $1,120.00

ADP