UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
ANTONIO BAUTISTA GARCIA,               :

               Plaintiff,           :
                                    14cv8858
                                :
            -against-                :           REVISED
                                :           SCHEDULING ORDER
BAD HORSE PIZZA, INC., JOHN KANDEL,
AND OMAR GUZMAN                        :

               Defendant.           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        By letter dated August 4, 2015, Plaintiff requests a pre-motion conference seeking resolution of a purported discovery dispute. By letter dated August 6, 2015, Defendant moves for sanctions and/or for disqualification of Plaintiff's counsel. These requests are denied.

        The parties are directed to meet and confer no later than August 19, 2015. If the parties cannot resolve their dispute after good faith efforts, they may submit a joint letter. Finally, Plaintiff and Defendant are directed to cease submitting letters seeking pre-motion conferences that fail to comply with this Court's Individual Practices (see Section III(A)(iv)). The Clerk of Court is directed to terminate the motions pending at ECF Nos. 39, 43, and 45.

        The scheduling order is revised as follows:

        1.  Discovery shall be completed by September 30, 2015;

        2.  The parties shall file a joint pre-trial order on October 30, 2015; and

3. The parties shall appear for a final pre-trial conference on November 6, 2015 at 10:00 a.m.

Dated: August 11, 2015
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record:*

Jacob Aronauer
The Law Offices of Jacob Aronauer
225 Broadway, Suite 307
New York, NY 10007
*Counsel for Plaintiff*

Rachel Minter
The Law Offices of Rachel J. Minter
345 Seventh Avenue, 21st Floor
New York, NY 10001
*Counsel for Defendants*